UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. No. 95-021

UNITED STATES OF AMERICA v. **JAMES ARMSTRONG**
                                 Defendant

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1.   **James Armstrong, SBI# 00913352A**, and **D.O.B. 04/26/51** now confined in the Southern State Correctional Facility.

2.   **James Armstrong, SBI# 00913352A**, and **D.O.B. 04/26/51** will be required at the <u>United States District Court</u> before the <u>Honorable Katharine S. Hayden</u> on <u>Wednesday, November 19, 2008</u>, at <u>2:00 p.m.</u> for a <u>Violation Hearing</u> in the captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED:   November 6, 2008

_____
Douglas Herring
Assistant United States Attorney
Petitioner - (973)645-2891

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 11/10/08

_____
HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Adult Diagnostic and Treatment Center.
We Command You that you have the body of **James Armstrong** (by whatever name called or charged) now confined in <u>Southern State Correctional Facility</u> brought to the <u>United States District Court before the Honorable Katharine S. Hayden, Newark, New Jersey</u> on <u>Wednesday, November 19, 2008</u> at <u>2:00 p.m.</u>, for a <u>Violation Hearing</u> in the above-captioned matter.   Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden,
United States District Judge at Newark, N.J.
DATED: 11/10/08

                         WILLIAM T. WALSH
                         Clerk of the U.S. District Court
                         for the District of New Jersey

Per: _____
     Deputy Clerk