UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Criminal No. 95-021

UNITED STATES OF AMERICA v. <u>James Armstrong</u>
                                   Defendant

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1.    **James Armstrong, SBI# 00913352A, D.O.B. 4/26/51** is now confined in **Southern State Correctional Facility**.

2.    **James Armstrong** a defendant in the captioned case, will be required at the <u>United States District Court located in Newark, NJ</u> on <u>Monday, November 24, 2008</u> at ~~12:00 p.m.~~ [9:00 AM] for **Violation Hearing before the Hon. Katharine S. Hayden**, and a Writ of Habeas Corpus should be issued for that purpose.

DATED:   November 20, 2008        /s/ Douglas Herring
                                  Douglas Herring
                                  Assistant United States Attorney
                                  Petitioner - 973-645-2891

---

ORDER FOR WRIT:   Let the Writ Issue.

DATED:
                                  _____
                                  HON.   KATHARINE S. HAYDEN
                                  UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:
The United States of America to the Warden of the **Southern State Correctional Facility**.
We Command You that you have the body of **James Armstrong, SBI# 913352A D.O.B. 04/26/1951** (by whatever name called or charged) brought to the <u>United States District Court located in Newark, NJ</u> on <u>Monday, November 24, 2008</u> at ~~12:00 p.m.~~ [9:00 AM], for **Violation Hearing** in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
United States District Judge at Newark, N.J.


DATED:                            WILLIAM T. WALSH
                                  Clerk of the U.S. District Court
                                  for the District of New Jersey
                            Per:  _____
                                  Deputy Clerk