UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Katherine S. Hayden |
| v. | : Criminal No. 95-00021-001 |
| JAMES ARMSTRONG | : ORDER |

This matter having come before the Court on the petition of the United States Probation Office for a violation of supervised release and a hearing having been held before this court on November 24, 2008, defendant James Armstrong being represented by David Holman, Assistant Federal Public Defender and the United States being represented by Christopher Christie (Douglas Herring, Assistant United States Attorney, appearing); and the defendant having entered a guilty plea, that was accepted by this court, to having violated the condition of his supervised release, specifically the prohibition which states "the defendant shall not commit another federal, state, or local crime"; and for good cause shown;

IT IS THE FINDING OF THIS COURT that defendant James Armstrong was convicted of Bank Robbery in violation of 18 U.S.C. § 2113. The defendant was placed on supervised release after completing his periods of incarceration. The defendant was placed on his current supervised release on July 26, 2006.

IT IS THE FURTHER FINDING OF THIS COURT that defendant James Armstrong entered a guilty plea to a count of driving under the influence, in violation of New Jersey statute 39:4-50, for an offense that occurred on July 22, 2007, while on supervised release.

WHEREFORE, it is on this 5th day of December, 2008,

IT IS HEREBY ORDERED that the defendant is adjudged guilty of having violated his supervised release, which required that he not commit another federal, state or local crime;

IT IS FURTHER ORDERED that the term of supervised release imposed by the court on April 26, 1995, is hereby revoked pursuant to 18 U.S.C. § 3583(e)(3) and U.S.S.G. § 7B1.3(a)(1);

IT IS ORDERED that the defendant is sentenced to a period of 9 months of incarceration and remanded to the custody of the United States Marshals Service and the United States Bureau of Prisons. The defendant's supervised release is terminated at the conclusion of the defendant's period of incarceration.

HONORABLE KATHARINE S. HAYDEN
United States District Judge